United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIAN COMMUNICATIONS PTY LTD., an Australian corporation, and TEGIC COMMUNICATIONS, INC., a Washington corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>ZI CORPORATION, a Canadian corporation, and ZI CORPORATION OF AMERICA, INC., a Nevada corporation,<br><br>    Defendants.<br>_____/ | No. 00-0989 MMC<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF TEGIC'S MOTIONS FOR LEAVE TO FILE MOTION FOR ORDER TO SHOW CAUSE AND FOR ORDER TO SHOW CAUSE; DIRECTIONS TO COUNSEL** |

    Before the Court is plaintiff Tegic Communications, Inc.'s ("Tegic") "Motion for Order to Show Cause Why Zi Defendants Should Not be Held in Contempt of Consent Judgment" and "Motion for Leave to File [said motion]," each filed August 19, 2008 and noticed for hearing on September 26, 2008.

    On August 21, 2008, counsel for defendants notified the Court that "after the settlement and final judgment in this case several years ago," the engagement of counsel was terminated and, accordingly, said counsel no longer has authority to act on behalf of defendants. (See Letter dated August 20, 2008 from Jack W. Londen.)

    In light of defendants' current unrepresented status, the hearing on Tegic's motions is hereby CONTINUED to October 31, 2008, to afford defendants the opportunity to appear through new counsel.

Defendants are hereby ADVISED that, as corporations, defendants may not appear pro se, and that if a substitution of counsel has not been filed, the Court may take action against them without their having had an opportunity to be heard thereon.

To assist the Court, defendants' former counsel of record is hereby ORDERED (1) to serve on defendants a copy of this order, as well as copies of the above-referenced two motions and supporting documents, and to file, no later than September 5, 2008, proof of service thereof; and (2) to file, no later than September 3, 2008, a notice setting forth defendants' current mailing address and telephone number.

**IT IS SO ORDERED.**

Dated: August 28, 2008

MAXINE M. CHESNEY
United States District Judge