UNITED STATES DISTRICT COURT

Northern District of California

ASIAN COMMUNICATIONS PTY LTD.
and TEGIC COMMUNICATIONS, INC.

CASE NO. 00-0989 MMC

(Proposed)

Plaintiff(s),

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

v.

ZI CORPORATION and
ZI CORPORATION OF AMERICA, INC.

Defendant(s).

_____/

Sharon A. Israel _____, an active member in good standing of the bar of

State of Texas _____ whose business address and telephone number

(particular court to which applicant is admitted)

is

Mayer Brown LLP, 700 Louisiana St., Suite 3400, Houston, Texas 77002, (713) 238-2630

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Zi Corporation, et. al                                .

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:  September 12, 2008

United States ~~Magistrate~~ Judge
District