IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIAN COMMC'NS PTY LTD., et al.,

    Plaintiffs,

  v.

ZI CORP., et al.,

    Defendants.

No. C-00-0989 MMC

**ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME FOR BRIEFING**

Before the Court is the parties' "Stipulated Request Pursuant to Local Rule 6-2 for Order Changing Time for Briefing," filed October 9, 2008, by which the parties seek to extend the briefing schedule on plaintiff Tegic Communications, Inc.'s ("Tegic") Motion for an Order to Show Cause Why Defendants Should Not Be Held in Contempt and Motion for Leave to File said Contempt Motion.  Because plaintiffs conditioned said stipulation on retention of the current hearing date, and because the Court declines to maintain such date if the briefing schedule is extended, the Court construes the stipulation as a unilateral request by defendants to extend the date by which their opposition is due.

So construed, the request is hereby GRANTED, as follows:

1. Defendants' opposition shall be due October 17, 2008,

2. Tegic's reply shall be due October 24, 2008,

3. The hearing on plaintiffs' motions is hereby CONTINUED to November 7, 2008.

**IT IS SO ORDERED.**

Dated:  October 10, 2008


MAXINE M. CHESNEY
United States District Judge