QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
  Doug Colt (Bar No. 210915)
  dougcolt@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-213
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Plaintiff, TEGIC COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIAN COMMUNICATIONS PTY LTD., an Australian corporation, and TEGIC COMMUNICATIONS, INC., a Washington corporation,<br><br>            Plaintiffs,<br><br>      vs.<br><br>ZI CORPORATION, a Canadian corporation, and ZI CORPORATION OF AMERICA, INC., a Nevada corporation,<br><br>            Defendants. | CASE NO. 00-0989 MMC<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF CONSENT JUDGMENT<br><br>Date:    September 26, 2008<br>Time:   9:00 a.m.<br>Crtrm.: 7, 19th Floor<br>            Hon. Maxine M. Chesney |

Before the Court is plaintiff Tegic Communications, Inc.'s ("Tegic") Administrative Motion to Seal Documents Submitted in Support of Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt of Consent Judgment, filed August 18, 2008. No opposition has been filed. The Court having considered the papers submitted in support of the motion, and GOOD CAUSE APPEARING, Tegic's Motion is hereby GRANTED. The Court finds that the following information constitutes sealable material under L.R. 79-5:

    1.    Exhibits B, I, and J to Declaration of Robert D. Young in Support of Contempt Motion.

    2.    Exhibit 3 to Declaration of Doug Colt in Support of Contempt Motion.

    3.    Paragraph 4 of Declaration of Doug Colt in Support of Contempt Motion.

The Court hereby DIRECTS the Clerk to file under seal the material described in items one and two and an unredacted version of the Declaration of Doug Colt in Support of Contempt Motion. Tegic shall file in the public record, no later than October 22, 2008, a redacted version of said declaration omitting the material described in item three.

IT IS SO ORDERED

Dated: October 15, 2008

Hon. Maxine M. Chesney
United States District Judge