IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIAN COMMUNICATIONS PTY LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZI CORPORATION, et al., <br><br> Defendants. _____/ | No. C-00-989 MMC <br><br> **ORDER DIRECTING DEFENDANTS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On October 17, 2008, defendants filed a response to plaintiffs' motion for leave; a response to plaintiffs' contempt motion and cross-motion to compel, or in the alternative, to stay; and several declarations in support of each of the above-referenced two documents, some of which declarations are partially redacted. Defendants have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced

documents. Defendants are hereby advised that if they fail in the future to comply with General Order 45 and the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 22, 2008

MAXINE M. CHESNEY
United States District Judge