MAYER BROWN LLP
BRANDON D. BAUM (SBN 121318)
*baum@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331 2060

SHARON A. ISRAEL (*pro hac vice*)
*sisrael@mayerbrown.com*
700 Louisiana St.
Suite 3400
Houston, TX 77002
Telephone: (713) 238-3000
Facsimile: (713) 238-4888

Attorneys for Defendants
ZI CORPORATION, a Canadian corporation,
and ZI CORPORATION OF AMERICA, INC.,
a Nevada corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIAN COMMUNICATIONS PTY LTD., an Australian corporation, and TEGIC COMMUNICATIONS, INC., a Washington corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ZI CORPORATION, a Canadian corporation, and ZI CORPORATION OF AMERICA, INC., a Nevada corporation,<br>                    Defendants. | CASE NO. 00-CV-0989 MMC<br><br>~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS<br><br><br><br><br><br>**DATE**:    November 7, 2008<br>**TIME**:    9:00 A.M.<br>**COURT**: Courtroom 7, 19th Floor<br>               Hon. Maxine M. Chesney |

1    The Court having reviewed Defendants Zi Corporation and Zi Corporation of America,

2    Inc.'s (collectively, "Zi") Administrative Request to Seal Documents ("Administrative Request")

3    and the supporting Declaration of Brandon Baum, Zi's Administrative Request to Seal is

4    GRANTED.

5    Further, Zi has shown that good cause exists to seal the documents described in its

6    Administrative Request, which are attached to declarations in support of, or referred to in, (1)

7    Zi's Response to Tegic's pending Motion for Leave to File Motion For An Order To Show

8    Cause Why Defendants Should Not Be Held In Contempt Of Consent Judgment ("Response to

9    Motion for Leave"); and (2) Zi's Response to Tegic's Motion For An Order To Show Cause

10   Why Defendants Should Not Be Held In Contempt Of Consent Judgment ("Response to

11   Contempt Motion").

12   Therefore, for good cause shown, the Court ORDERS that:

13   (1) Zi's Response to Motion for Leave and the supporting Declaration of Brandon Baum

14   and attached Exhibit BB, which include references to the parties' settlement agreement in this

15   matter, be filed under seal; and

16   (2) Zi be granted leave to file redacted, unsealed versions of its Response to Motion for

17   Leave; and and the Baum Declaration; and

18   (3) Exhibits A & B attached to the Declaration of Demetrio Navarro ("Navarro Decl.") in

19   support of Zi's Response to Contempt Motion and sealed versions of Zi's Response to Contempt

unredacted        of

20   Motion, the Navarro Declaration, and the Declaration of Brad Myers, including references to the

21   parties' settlement agreement, to material attached to the Declaration of Robert D. Young in

22   support of Tegic's Contempt Motion (dkt. no. 410, Ex. I), and to material in exhibits A & B of

23   the Navarro Declaration, be filed under seal; and

24   (4) Zi be granted leave to file redacted, unsealed versions of its Response to Contempt

25   Motion, the Navarro Declaration, and the Declaration of Brad Myers, redacting references to the

26   parties' settlement agreement, to material attached to the Declaration of Robert D. Young in

27   support of Tegic's Contempt Motion (dkt. no. 410, Ex. I), and to material in exhibits A & B of

28   the Navarro Declaration.

1        As set forth in the Baum Declaration, the aforementioned materials are "sealable"

2   material under FED. R. CIV. P. 26(c) and Civil L.R. 79-5.

3

4        IT IS SO ORDERED.

5

6   Dated:  October 27, 2008

7                                                    Hon. Maxine M. Chesney

8                                                    U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28