**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIAN COMMUNICATIONS PTY LTD., et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>ZI CORPORATION, et al.,<br><br>          Defendants.<br>_____/ | No. C-00-989 MMC<br><br>**ORDER DIRECTING FEDERAL RECORDS CENTER TO DELIVER DOCUMENTS TO CLERK'S OFFICE** |

The Court is in receipt of a request, filed October 28, 2008, by which counsel for defendants asks that certain sealed documents in the above-titled action, and currently held at the Federal Records Center, be made available for review by the parties on or before November 4, 2008.

Good cause appearing, the Federal Records Center is hereby ordered to deliver to the Clerk's Office the following documents:

1.      Declaration of Peter Ackermans in Support of Defendants' Motion for Summary Judgment, filed June 6, 2001.

2.      Declaration of Robert D. Young in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, filed August 30, 2001.

Upon the arrival of the above-referenced documents at the Clerk's Office, the parties to the above-titled action may review said documents under the supervision of said Office.

**IT IS SO ORDERED.**

Dated: October 29, 2008

MAXINE M. CHESNEY
United States District Judge