1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:   (415) 875-6600
4  Facsimile:   (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129)
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7    Doug Colt (Bar No. 210915)
     dougcolt@quinnemanuel.com
8    Gabriel S. Gross (Bar No. 254672)
     gabegross@quinnemanuel.com
9  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065-213
10 Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100

11

12 Attorneys for Plaintiff, TEGIC COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIAN COMMUNICATIONS PTY LTD., an Australian corporation, and TEGIC COMMUNICATIONS, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ZI CORPORATION, a Canadian corporation, and ZI CORPORATION OF AMERICA, INC., a Nevada corporation,<br><br>Defendants. | CASE NO. 00-0989 MMC<br><br>**[PROPOSED]** ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFF'S REPLY BRIEFS RE:<br><br>**MOTION FOR LEAVE TO FILE MOTION FOR ORDER TO SHOW CAUSE WHY ZI DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF CONSENT JUDGMENT**<br><br>**MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF CONSENT JUDGMENT**<br><br>Date:   November 7, 2008<br>Time:   9:00 a.m.<br>Crtrm.: 7, 19th Floor<br>           Hon. Maxine M. Chesney |

The Court having reviewed plaintiff Tegic Communications, Inc.'s Administrative Motion ("Motion") to Seal Documents Submitted in Support of Plaintiff's Reply Briefs Re: Motion for Leave to File Motion for Order to Show Cause Why Zi Defendants Should Not Be Held in Contempt of Consent Judgment ("Leave to File Reply Motion") and Motion for an Order to Show Cause Why Defendants Should Not be Held in Contempt of Consent Judgment ("Contempt Reply Motion"), the Declaration of Doug Colt filed in support of the motion to seal, and the Declaration of Eric B. Evans pursuant to Civil Local Rule 69-5(d), and GOOD CAUSE APPEARING, Plaintiff's Motion is hereby GRANTED. The Court finds that the following information constitutes sealable material under L.R. 79-5:

1. Designated portions of the Leave to File Reply Motion: i:10-15, 17, 19; 1:13-18, 20-24; 2:12-13; 3:16, 22-25; 4:12, 20, 22, 27-28; 5:1-2, 4-16, 18-23, 26-28; 6:1-8, 14, 20, 22-23; 7:5-19, 23, 25-26; 8:5, 7-14, 16, 18, 20-21, 26-27; 10:15, 21-25, 27-28; 11:1-2, 8-9, 11, 17-18; 12:1-4, 10-11, 23-24; and 13:9-10, 21.

2. Designated portions of the Contempt Reply Motion: i:16-20; 5:4-5, 12-17, 19, 21-24; 6:1-11, 14-20, 25-28; 9:7-8; 10:6, 9-15, 17-20, 26-27; 11:1-2, 6, 8-12, 14-15, 17-18, 20-28; and 12:1-3, 6-11, 15-17, 19-20.

3. Designated portions of the Supplemental Declaration of Robert Young in support of the Contempt Reply Motion: 1:11-12, 1:17-18, 2:1-11, and 2:13-21.

4. Designated portions of Exhibits 1 and 2 to the Supplemental Declaration of Doug Colt in support of the Contempt Reply Motion: third paragraph of Exhibit 1, including the block quote and all sentences except for the second to last, and the second paragraph of Exhibit 2, including all sentences except for the second.

The Court hereby directs the Clerk to FILE UNDER SEAL unredacted versions of the foregoing documents. Plaintiff shall file in the public record redacted versions of said documents.

IT IS SO ORDERED

Dated: October 31, 2008

Hon. Maxine M. Chesney
United States District Judge