MAYER BROWN LLP
BRANDON D. BAUM (SBN 121318)
*baum@mayerbrown.com*
ERIC B. EVANS (SBN 232476)
*eevans@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331 2060

SHARON A. ISRAEL (*pro hac vice*)
*sisrael@mayerbrown.com*
700 Louisiana St.
Suite 3400
Houston, TX 77002
Telephone: (713) 238-3000
Facsimile: (713) 238-4888

Attorneys for Defendants
ZI CORPORATION, a Canadian corporation,
and ZI CORPORATION OF AMERICA, INC.,
a Nevada corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASIAN COMMUNICATIONS PTY LTD., an Australian corporation, and TEGIC COMMUNICATIONS, INC., a Washington corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ZI CORPORATION, a Canadian corporation, and ZI CORPORATION OF AMERICA, INC., a Nevada corporation,<br>　　　　　　　　Defendants. | CASE NO. 00-CV-0989 MMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS IN SUPPORT OF DEFENDANT'S ARBITRATION REPLY, CONTEMPT SUR-REPLY AND MOTION FOR LEAVE TO FILE CONTEMPT SUR-REPLY**<br><br>**DATE**: November 7, 2008<br>**TIME**: 9:00 A.M.<br>**COURT**: Courtroom 7, 19th Floor<br>　　　　　Hon. Maxine M. Chesney |

1    The Court having reviewed Defendants Zi Corporation and Zi Corporation of America,
2 Inc.'s (collectively, "Zi") Administrative Request to Seal Documents in Support of Defendant's
3 Arbitration Reply, Contempt Sur-Reply and Motion for Leave to File Contempt Sur-Reply
4 ("Administrative Request") and the supporting Declaration of Eric B. Evans, Zi's Administrative
5 Request to Seal is GRANTED.

6    Further, Zi has shown that good cause exists to seal the documents described in its
7 Administrative Request, which are attached to declarations in support of, or referred to in, Zi's
8 Reply in Support of its Cross-Motion to Compel Arbitration or, in the Alternative, Stay
9 Proceedings Pending Arbitration ("Arbitration Reply"), its Sur-Reply in Support of Zi's
10 Response to Tegic's Motion For An Order To Show Cause Why Defendants Should Not Be Held
11 In Contempt Of Consent Judgment ("Contempt Sur-Reply"), and its Motion For Leave to File
12 Contempt Sur-Reply ("Motion For Leave").

13    Therefore, for good cause shown, the Court ORDERS that:

14    (1) Exhibit A to the Declaration of George Tai in support of the Leave Sur-Reply ("Tai
15 Declaration") constituting the parties' settlement agreement be filed under seal;

16    (2) Exhibit B to the Tai Declaration and Exhibit A to the Declaration of Lisa Dawson
17 ("Dawson Declaration"), both constituting a transcript of voicemail reflecting negotiations
18 toward parties' settlement agreement be filed under seal;

19    (3) Unredacted versions of Zi's Arbitration Reply, Contempt Sur-Reply, Motion For
20 Leave, the Tai Declaration, and the Supplemental Declaration of Demetrio Navarro in support of
21 the Contempt Sur-Reply，which include references to the parties' settlement agreement or
22 negotiations, and/or Exhibits A & B to the Declaration of Demetrio Navarro filed in support of
23 Zi's Response to Tegic's Motion For An Order To Show Cause Why Defendants Should Not Be
24 Held In Contempt Of Consent Judgment ("Navarro Declaration") — previously ordered by this
25 Court to be filed under seal — ~~in this matter~~ be filed under seal; and

26    (4) Zi be granted leave to file redacted, unsealed versions of its Arbitration Reply,
27 Contempt Sur-Reply,  Motion For Leave, the Tai Declaration, and the Supplemental Declaration

28

1  of Demetrio Navarro in support of the Contempt Sur-Reply, redacting references to the parties'
2  settlement agreement or negotiations, and/or Exhibits A & B to the Navarro Declaration.
3        As set forth in the Evans Declaration, the aforementioned materials are "sealable"
4  material under FED. R. CIV. P. 26(c) and Civil L.R. 79-5.

      IT IS SO ORDERED.

Dated: November 4, 2008

              */s/ Maxine M. Chesney*
              Hon. Maxine M. Chesney
              U.S. District Court Judge