QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
  Doug Colt (Bar No. 210915)
  dougcolt@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-213
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Plaintiff, TEGIC COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIAN COMMUNICATIONS PTY LTD., an Australian corporation, and TEGIC COMMUNICATIONS, INC., a Washington corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ZI CORPORATION, a Canadian corporation, and ZI CORPORATION OF AMERICA, INC., a Nevada corporation,<br><br>        Defendants. | CASE NO. 00-0989 MMC<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFF'S EVIDENTIARY OBJECTIONS TO DECLARATIONS OF GEORGE TAI AND LISA DAWSON RE: DEFENDANTS' REPLY IN SUPPORT OF CROSS-MOTION TO COMPEL ARBITRATION<br><br>Date:    November 7, 2008<br>Time:    9:00 a.m.<br>Crtrm.:   7, 19th Floor<br>        Hon. Maxine M. Chesney |

1  The Court having read and considered ~~On November 7, 2008~~, the Administrative Motion ~~("Motion")~~ to Seal Plaintiff's
2  Evidentiary Objections to Declarations of George Tai and Lisa Dawson Re: Defendants' Reply in
3  Support of Cross-Motion to Compel Arbitration and the Declaration of Doug Colt in support of ~~came on for hearing. All appearances were stated~~
4  the Administrative Motion, ~~on the record. The Court having considered the pleadings and papers submitted in support of the~~
5  ~~motion, the opposition thereto, and the arguments of counsel~~, and GOOD CAUSE APPEARING,
6  Plaintiff's Administrative Motion is hereby GRANTED. The Court finds that the following information in the
7  objections constitutes sealable material under L.R. 79-5: sections 1:9-10, 20-23, 23-24, 24-28; 2:6-
8  8, 8-9, 9-13, 14-16, 23-24, 24-27; 3:2-4, 12-13, 13-16, 18-20.
9  The Court hereby directs the Clerk to FILE UNDER SEAL ~~the foregoing materials~~
10 an unredacted version of plaintiff's Evidentiary Objections. Plaintiff shall file a redacted version of such objections in the public record.
11 IT IS SO ORDERED

13 Dated: November 5, 2008

*[signature]*
Hon. Maxine M. Chesney
United States District Judge