1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:    (415) 875-6600
4  Facsimile:    (415) 875-6700

5   Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7   Doug Colt (Bar No. 210915)
    dougcolt@quinnemanuel.com
8   Gabriel S. Gross (Bar No. 254672)
    gabegross@quinnemanuel.com
9  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065-213
10 Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
11
   Attorneys for Plaintiff, TEGIC
12 COMMUNICATIONS, INC.

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17 | ASIAN COMMUNICATIONS PTY LTD., an     | CASE NO. 00-0989 MMC
     Australian corporation, and TEGIC
18   COMMUNICATIONS, INC., a Washington    | [~~PROPOSED~~ ORDER] GRANTING
     corporation,                          | UNOPPOSED MOTION BY PLAINTIFF
19                                         | TEGIC COMMUNICATIONS, INC. FOR
                Plaintiffs,                | COURT ORDER PERMITTING USE OF
20                                         | AUDIO/VISUAL EQUIPMENT AT
           vs.                             | HEARING
21
   ZI CORPORATION, a Canadian corporation,
22 and ZI CORPORATION OF AMERICA,          | Date:   November 7, 2008
   INC., a Nevada corporation,             | Time:   9:00 a.m.
23                                         | Crtrm.: 7, 19th Floor
                Defendants.                |         Hon. Maxine M. Chesney
24

25

26

27

28

                                                        Case No. 00-0989 MMC
                                                    [~~PROPOSED~~] ORDER

1 | The Court having considered the unopposed motion by plaintiff Tegic Communications, Inc. to bring an overhead projector, laptop computer, and projector screen to courtroom 7 for the hearing on plaintiff's contempt motion and defendants' cross-motion to compel arbitration on Friday November 7, 2008, and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's counsel may bring an overhead projector, laptop computer, and projector screen to courtroom 7 after __2:00__ p.m. on Thursday, November 6, 2008.

2. Counsel may use the overhead projector, laptop computer, and projector screen during the hearing scheduled for Friday, November 7, 2008.

SO ORDERED

DATED: November __5__, 2008

_____
Hon. Maxine M. Chesney

Case No. 00-0989 MMC
[PROPOSED] ORDER