MAYER BROWN LLP
BRANDON D. BAUM (SBN 121318)
*baum@mayerbrown.com*
ERIC B. EVANS (SBN 232476)
*eevans@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331 2060

SHARON A. ISRAEL (*pro hac vice*)
*sisrael@mayerbrown.com*
700 Louisiana St.
Suite 3400
Houston, TX 77002
Telephone: (713) 238-3000
Facsimile: (713) 238-4888

Attorneys for Defendants
ZI CORPORATION, a Canadian corporation,
and ZI CORPORATION OF AMERICA, INC.,
a Nevada corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIAN COMMUNICATIONS PTY LTD., an Australian corporation, and TEGIC COMMUNICATIONS, INC., a Washington corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ZI CORPORATION, a Canadian corporation, and ZI CORPORATION OF AMERICA, INC., a Nevada corporation,<br>　　　　　　　Defendants. | CASE NO. 00-CV-0989 MMC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO SEAL DEFENDANTS' RESPONSE TO PLAINTIFF'S EVIDENTIARY OBJECTIONS TO TAI AND DAWSON DECLARATIONS**<br><br><br>**DATE**:　November 7, 2008<br>**TIME**:　9:00 A.M.<br>**COURT**: Courtroom 7, 19th Floor<br>　　　　　Hon. Maxine M. Chesney |

1   The Court having reviewed Defendants Zi Corporation and Zi Corporation of America, Inc.'s (collectively, "Zi") Administrative Request to Seal Response to Plaintiff's Evidentiary Objections to Declarations of George Tai and Lisa Dawson in Support of Defendants' Reply in Support of Cross-Motion to Compel Arbitration ("Evidentiary Response") and the supporting Declaration of Eric B. Evans, Zi's Administrative Request to Seal is GRANTED.

Further, Zi has shown that good cause exists to seal the Evidentiary Response.

Therefore, for good cause shown, the Court ORDERS that:

(1) The unredacted version of Zi's Evidentiary Response which includes portions that consist of and discuss the parties' settlement agreement, Exhibit C to the Declaration of Doug Colt in support of Tegic's Motion for Leave in this matter, be filed under seal. and

(2) Zi be granted leave to file a redacted and unsealed version of its Evidentiary Response, redacting references to the parties' settlement agreement.

As set forth in the Evans Declaration, the aforementioned materials are "sealable" material under FED. R. CIV. P. 26(c) and Civil L.R. 79-5.

IT IS SO ORDERED.

Dated: November 7, 2008

_____
Hon. Maxine M. Chesney
U.S. District Court Judge