IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIAN COMMUNICATIONS PTY LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZI CORPORATION, et al., <br><br> Defendants. / | No. C-00-0989 MMC <br><br> **ORDER GRANTING JOINT ADMINISTRATIVE REQUEST TO SEAL TRANSCRIPT** |

The Court, having read and considered the parties' Joint Administrative Request to Seal Transcript, filed March 9, 2009, and the declaration of Eric B. Evans in support thereof, finds good cause exists pursuant to Civil Local Rule 79-5 for the relief sought in the Joint Administrative Request.  Accordingly, the Joint Administrative Request is hereby GRANTED.

The Clerk shall maintain under seal the portions of the November 7, 2008 transcript redacted by the parties in their Joint [Proposed] Redactions to 11/7/08 Transcript of Proceedings, filed March 9, 2009 (Docket Number 500).

**IT IS SO ORDERED.**

Dated: March 20, 2009

_____
MAXINE M. CHESNEY
United States District Judge